Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Carl Ulm                **Case Number:** 2:22CR00994-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** November 16, 2023

**Original Offense:** Wire Fraud, in violation of 18 U.S.C. § 1343

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 1 day followed by 12 months supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** November 16, 2023

**Previous Court Action/Notification(s):** On December 6, 2023, the Court approved the defendant's motion for release of passport and permission to travel to Los Cabos, Mexico, for a family vacation from December 26, 2023, through January 4, 2024.

On April 9, 2024, the Court approved the defendant's request to travel to Spain and Portugal from September 1 through 12, 2024, for a family vacation.

---

### SUMMARY OF SUPERVISION

The purpose of this correspondence is to respond to the defendant's motion to amend his previously approved request for international travel on September 1 through 12, 2024. It has been brought to the Court's and probation office's attention that the return date of the original request was recorded inaccurately, due to a scrivener's error. The correct dates of travel should be September 1 through September 17, 2024.

The U.S. Probation Office submits no objections to the revised dates of travel.

Respectfully Submitted,

By: *LaSheika S. VanDyke*
LaSheika S. VanDyke
Supervisory U.S. Probation Officer
Charleston Office

Date: July 1, 2024

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 2

Reviewed and Approved By:

*/s/ Kelli M. Frye*
Kelli. M. Frye  
Assistant Deputy Chief U.S. Probation Officer

---

| X | Consent to Amended Travel Request Granted |
| ☐ | Consent to Amended Travel Request Denied |
| ☐ | Other |

*/s/ Bruce H. Hendricks*
Bruce Howe Hendricks  
United States District Judge

__July 2, 2024__
Date